IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISIPPI
JACKSON DIVISION

GLEN E. SMITH AND                                                   PETITIONERS
CYNTHIA F. SMITH

VS                                                                  3:09 cv 447 TSL-JCS

AURORA LOAN SERVICES AND                                            RESPONDENTS
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Comes now Petitioners Glen E. Smith and Cynthia F. Smith, and Respondents Aurora Loan Services and Mortgage Electronic Registration Systems, Inc., by and through their respective counsel and hereby agree to dismiss the Complaint No. 3:09 cv 447 TSL-JCS with prejudice.

Wherefore, it is hereby ORDERED, ADJUDGED AND DECREED that the matter pending before this Court as Cause No. 3:09 cv 447 TSL-JCS is hereby dismissed with Prejudice.

So Ordered, this the 24th day of MARCH, 2010.

_____
UNITED STATES MAGISTRATE JUDGE


AGREED AND APPROVED:

/s/Robert Rex McRaney, Jr.
Attorney for Glen E. Smith &
Cynthia F. Smith
MS Bar# 2808
McRaney & McRaney
503 Springridge Road
Clinton, MS 39060
Tel (601) 924-5961


/s/
John C. Morris, III
Attorney for Aurora Loan Services &
Mortgage Electronic Registration Systems, Inc.
MS Bar # 10509
Morris & Associates
2309 Oliver Road
Monroe, LA 71201